**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff - Appellee,<br><br>  v.<br><br>MANINDER SINGH, a.k.a. Maninder<br>Singh Reel,<br><br>     Defendant - Appellant. | Nos. 11-30123<br>         11-30128<br><br>D.C. Nos. 2:10-cr-00291-MJP<br>               2:10-cr-00254-MJP<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Western District of Washington
Marsha J. Pechman, Chief Judge, Presiding

Submitted September 10, 2012[**]

Before:     WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

   In these consolidated appeals, Maninder Singh appeals from his guilty-plea

convictions and concurrent 96-month sentences for conspiracy to bring in and

transport aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I) and (a)(1)(B)(I); and

---

   [*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

   [**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

for conspiracy to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), 841 (b)(1)(C), and 846. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Singh's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Singh with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

In case number 11-30123, our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

In case number 11-30128, our independent review of the record pursuant to *Penson* discloses no arguable grounds for relief as to Singh's conviction. We dismiss the appeal of the sentence in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED**.

**In case number 11-30123, the judgment is AFFIRMED. In case number 11-30128, the conviction is AFFIRMED, and the appeal of the sentence is DISMISSED.**